ACCEPTED
01-15-00397-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 3:09:49 PM
CHRISTOPHER PRINE
CLERK

### NO. 01-15-00397-CR

IN THE COURT OF APPEALS FOR THE

FIRST SUPREME JUDICIAL DISTRICT OF TEXAS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 3:09:49 PM
CHRISTOPHER A. PRINE
Clerk

------------------------------------------------------------------

NO.  1434115

IN THE  179TH  DISTRICT COURT OF

HARRIS COUNTY, TEXAS

------------------------------------------------------------------

AUGUSTUS MITCHELL, *Appellant*

VS.

THE STATE OF TEXAS, *Appellee*

------------------------------------------------------------------

### APPELLANT'S MOTION  TO SUPPLEMENT THE RECORD

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

AUGUSTUS MITCHELL, Appellant herein, by and through the undersigned attorney of record, files this his Motion  to Supplement the Record in the above entitled and numbered cause, pursuant to Rule 34.5, T.R.A.P., and in support thereof, would show the Court the following:

1.      There is in the possession of the clerk  the following items

   (a)  Defendant's Motion for Judgment Nunc Pro Tunc

   (b)  Order on said motion

   (c)  Judgment Nunc Pro Tunc

2.      Appellant  is requesting that the clerk supplement the record to include these items.


WHEREFORE, Appellant prays that the Court grant this Motion in all things and order the record supplemented as prayed for above.

Respectfully submitted,


*/s/ Joseph W. Varela*
JOSEPH W. VARELA
Texas Bar No. 20496400
Suite 247
2500 East TC Jester Blvd.
Houston, Texas 77008
(713) 957-0440
Fax  (713) 957-2862


CERTIFICATE OF SERVICE


      I hereby certify that a copy of the foregoing was served on the Appellate Division of the District Attorney's Office,  1201 Franklin, Houston, Texas 77002, by U.S. Mail, on the 7th day of July, 2015.


/s/ Joseph W. Varela
JOSEPH W. VARELA